UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLINN SURNSON, Petitioner, v. UNKNOWN, Respondent. | No. 2:26-cv-2993 SCR P <br> ORDER |

Petitioner, a county jail inmate at San Joaquin County Jail, has filed a letter seeking to have his county charges removed to federal court and to be transferred to a federal jail. ECF No. 1. No other pleadings have been filed by the Petitioner. In order to properly commence a habeas corpus action as required by Rule 2(c) of the Rules Governing Section 2254 Cases, the petition must "specificy all the grounds for relief available…, state the facts supporting each ground; state the relief requested;… and be signed under penalty of perjury." The court will not issue any orders granting or denying relief until an action has been properly commenced. Petitioner will be provided the opportunity to properly file his § 2254 petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate $5 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file a habeas corpus petition that complies with the requirements of the Rules Governing Section 2254 Cases.

The petition must bear the docket number assigned to this case.

2. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.

3. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send Petitioner the court's form for filing a § 2254 petition and the application to proceed in forma pauperis by a prisoner.

DATED: October 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE